B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Marvin Willard Winkle, Jr.**
**Debra Sue Winkle**
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| Daimlertrk | 2007 Western Star Freightliner |
|  | Mileage: 811,222 |
|  | Tag No.: C1882HY |
|  | Debtor's Opinion: $65,000 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| Freedom Road Financial | 2008 Harley Davidson Ultra Classic |
|  | Mileage: 10,000 |
|  | Tag No.: 2547ZT |
|  | KBB: $16,037.00 |

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

B8 (Form 8) (12/08)  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**House and lot located at 815 Mockingbird Court, Mt. Carmel TN**<br>**Purchased March 9, 2007 for $159,900**<br>**2011 County Tax Assessment for $158,900**<br>**Debtor's Opinion: $160,000.00** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**US Bank** | **Describe Property Securing Debt:**<br>**2010 Dodge Ram 1500**<br>**Mileage: 41,000**<br>**Tag No.: 585-GQC**<br>**KBB: $27,626.00** |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| Date | **May 30, 2014** | Signature | **/s/ Marvin Willard Winkle, Jr.** |
|---|---|---|---|
| | | | **Marvin Willard Winkle, Jr.** |
| | | | Debtor |

| Date | **May 30, 2014** | Signature | **/s/ Debra Sue Winkle** |
|---|---|---|---|
| | | | **Debra Sue Winkle** |
| | | | Joint Debtor |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Tennessee, Northeastern Division

In re **Marvin Willard Winkle, Jr.**
**Debra Sue Winkle**

Debtor(s)

Case No.

Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 30, 2014**, a copy of the Statement of Intention was served electronically or by regular United States mail to the United States Trustee, the Chapter 7 Trustee and all creditors listed below.

**Daimlertrk**
**13650 Heritage Pkwy**
**Fort Worth, TX 76177**

**Freedom Road Financial**
**10509 Professional Cir S**
**Reno, NV 89521**

**Nationstar Mortgage**
**P.O. Box 650783**
**Dallas, TX 75265-0783**

**US Bank**
**P.O. Box 1800**
**Saint Paul, MN 55101**

**/s/ Dean Greer  -  BPR**
**Dean Greer  -  BPR #009976**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**